1 | David M. Stern (Cal. Bar No. 67697)
Matthew C. Heyn (Cal. Bar No. 227474)

2 | KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor

3 | Los Angeles, California 90067
Telephone:    310-407-4000

4 | Facsimile:    310-407-9090
Email: dstern@ktbslaw.com

5 |          mheyn@ktbslaw.com

6 |

7 | *Attorneys for R. Todd Neilson,*
*Chapter 11 Trustee*

FILED & ENTERED

MAY 20 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

8 |

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **LOS ANGELES DIVISION**

12 | In re

13 | GGW BRANDS, LLC,
GGW DIRECT, LLC,

14 | GGW EVENTS, LLC, and
GGW MAGAZINE, LLC

15 | Debtors.

16 |

17 | This pleading affects:
All Debtors                    ☒

18 | GGW Brands, LLC          ☐
GGW Direct, LLC            ☐

19 | GGW Events, LLC          ☐
GGW Magazine              ☐

20 |

21 |

Jointly Administered
Under Case No. 2:13-bk-15130-SK

Chapter 11

**ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO REVOKE CANCELLATION AND TO FILE VOLUNTARY CHAPTER 11 PETITION FOR GGW MARKETING, LLC**

Judge:    Hon. Sandra R. Klein
Ctrm.:    1575
Date:     May 20, 2013
Time:     11:00 a.m.

22 |

23 |

24 |

25 |

26 |

27 |

28 |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1  On May 9, 2013, R. Todd Neilson, the chapter 11 trustee (the "Trustee") of GGW Brands,

2  LLC, GGW Direct, LLC, GGW Events, LLC, and GGW Magazine, LLC (together, the "Debtors")

3  filed the *Notice of Motion and Motion for Authority to Revoke Cancellation and to File Voluntary*

4  *Chapter 11 Petition for Debtors' Subsidiary* [Docket No. 120] (the "Motion").  A hearing on the

5  Motion was held on May 20, 2013 (the "Hearing").  Appearances at the Hearing are reflected in

6  the record.

7  For the reasons set forth on the record at the Hearing,

8  **IT IS HEREBY ORDERED THAT:**

9  1.    The Motion is GRANTED in its entirety;

10  2.    The Trustee is authorized, pursuant to sections 105(a) and 363 of title 11 of the

11  United States Code (the "Bankruptcy Code"), to take such actions as are necessary to revoke the

12  cancellation of GGW Marketing, LLC ("GGW Marketing");

13  3.    The Trustee is authorized, pursuant to sections 105(a) and 363 of the Bankruptcy

14  Code, to take such actions as are necessary to cause GGW Marketing to file a voluntary chapter 11

15  bankruptcy petition;

16  4.    Upon filing a chapter 11 petition for GGW Marketing, the Trustee is authorized to

17  file an adversary proceeding to avoid the transfer of certain trademarks from GGW Marketing to

18  Path Media Holdings, LLC; and

19  5.    This Court shall retain jurisdiction to resolve any disputes arising or related to this

20  order and to interpret, implement and enforce the provisions of this order.

21

22

23  Date: May 20, 2013

Sandra R. Klein
24  United States Bankruptcy Judge

25

26

27

28

1

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO REVOKE CANCELLATION AND TO FILE VOLUNTARY CHAPTER 11 PETITION FOR GGW MARKETING, LLC  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** - Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order.  As of (*date*)  May 20, 2013 , the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

⊠ Service information continued on attached page.

**2.  SERVED BY THE COURT VIA UNITED STATES MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page.

**3.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

⊠ Service information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Brendt C Butler brendt.butler@gmail.com
- Richard K Diamond rdiamond@dgdk.com, DanningGill@gmail.com
- Matthew Heyn mheyn@ktbslaw.com
- Samuel M Kidder skidder@ktbslaw.com
- Dare Law dare.law@usdoj.gov
- John F Medler JOHN@MEDLERLAWFIRM.COM, JMEDLER@MEDLERROITHER.COM
- R. Todd Neilson (TR) tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com
- Malhar S Pagay mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Robert J Pfister rpfister@ktbslaw.com
- Ronald N Richards ron@ronaldrichards.com
- Steven J Schwartz sschwartz@dgdk.com, DanningGill@gmail.com
- Ronald D Tym RTym@Tymfirm.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw awarshaw@lawcenter.com, mstevens@lawcenter.com
- Jonathan M Weiss jweiss@ktbslaw.com
- Jonathan M Weiss jweiss@ktbslaw.com
- Robert M Yaspan court@yaspanlaw.com, tmenachian@yaspanlaw.com

**SERVED BY THE LODGING PARTY VIA EMAIL**:

- Brendt C. Butler, Esq., counsel to Joseph R. Francis
  b.butler@oms-llc.com
  brendt.butler@gmail.com
- Ronald Tym on behalf of Other Professional Ronald Tym
  RTym@tymfirm.com
- Dare Law on behalf of United States Trustee (LA)
  dare.law@usdoj.gov

**SERVED BY THE LODGING PARTY VIA OVERNIGHT MAIL**:

- Dare Law on Behalf of the United States Trustee
  725 S. Figueroa St. 26th Floor
  Los Angeles, CA 90017

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**