David M. Stern (State Bar No. 67697)
Michael L. Tuchin (State Bar No. 150375)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:  310-407-4000
Facsimile:   310-407-9090
Email:        dstern@ktbslaw.com
                   mtuchin@ktbslaw.com
                   jweiss@ktbslaw.com

*Attorneys for GGW Creditor Trustee*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GGW BRANDS, LLC,<br>GGW DIRECT, LLC,<br>GGW EVENTS, LLC,<br>GGW MAGAZINE, LLC and<br>GGW MARKETING, LLC<br><br>Debtors.<br><br>This pleading affects:<br>All Debtors                    ☒<br>GGW Brands, LLC          ☐<br>GGW Direct, LLC           ☐<br>GGW Events, LLC         ☐<br>GGW Magazine, LLC     ☐<br>GGW Marketing, LLC    ☐ | Jointly Administered<br>Under Case No. 2:13-bk-15130-SK<br><br>Chapter 11<br><br>**GGW CREDITOR TRUSTEE'S FIRST POST-CONFIRMATION STATUS REPORT PURSUANT TO LOCAL BANKRUPTCY RULE 3020-1**<br><br>Status Conference<br><br>Judge:  Hon. Sandra R. Klein<br>Date:    June 23, 2015<br>Time:   9:00 a.m.<br>Place:   United States Bankruptcy Court<br>             255 E. Temple Street, Ctrm. 1575<br>             Los Angeles, CA 90012 |

156243.1

R. Todd Neilson, in his capacity as trustee of the GGW Creditor Trust (the "Trustee"),[1] hereby submits this first post-confirmation status report for GGW Brands, LLC, GGW Direct, LLC, GGW Events, LLC, GGW Magazine, LLC, and GGW Marketing, LLC (collectively, the "Debtors") pursuant to Rule 3020-1(b) of the Local Rules for the United States Bankruptcy Court for the Central District of California.

The *Chapter 11 Trustee's Disclosure Statement and Plan of Liquidation for GGW Brands, LLC, GGW Direct, LLC, GGW Events, LLC, GGW Magazine, LLC, and GGW Marketing, LLC Dated as of November 12, 2014* [Dkt. No. 776] (the "Plan") became effective on March 13, 2015 (the "Effective Date").[2] On or about the Effective Date, the GGW Creditor Trust was created, the Trustee became the trustee of the GGW Creditor Trust, and the Debtors' property was transferred to the GGW Creditor Trust in accordance with the terms and conditions set forth in the Plan. Also on or about the Effective Date, and as described in detail below, the Trustee substantially completed the payment obligations under the Plan. Since the Effective Date, the Trustee has continued to prosecute several adversary proceedings to recover property for the GGW Creditor Trust. The Trustee has resolved by settlement certain of those adversary proceedings, and is hopeful that others will be resolved, by settlement or litigation, in the near future.

**A.  Schedule of Debts/Claims**

**1.  Administrative Claims**

On or about the Effective Date, the Trustee paid (i) all accrued and owing U.S. Trustee Fees and (ii) the Wynn Administrative Claim. The Trustee did not pay Professional Fee Claims. The Professionals filed final fee applications on May 12, 2015, which applications are scheduled to be heard on June 11, 2015. To the extent the Court approves those applications, and to the extent funds are available in the GGW Creditor Trust, the Trustee intends to pay Professional Fee Claims from the GGW Creditor Trust's assets. Due to the Professionals' voluntary limited

---

[1] The Court appointed Mr. Neilson as chapter 11 trustee in the bankruptcy cases of GGW Brands, LLC, GGW Direct, LLC, GGW Events, LLC, and GGW Magazine, LLC. He was also the authorized representative of GGW Marketing, LLC in its bankruptcy case.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

156243.1                    1

subordination of their fees (as fully described in the Plan), payment in full of Professional Fee Claims is not required by the Plan; provided, however, that no Net Trust Assets may be distributed to the Trust Beneficiaries unless and until Professional Fee Claims are paid in full.

The deadline for any person or entity to file an Administrative Claim expired on May 12, 2015. Only one Administrative Claim was filed—a claim by Google, Inc. for $11,767.95. Dkt. No. 881  The Trustee is hopeful that this claim can be resolved consensually.

The Trustee has been informed by the California Franchise Tax Board that the Debtors may owe certain California state taxes in respect of taxable years ending between January 1, 2014 and March 1, 2015, but that the Franchise Tax Board is unable to determine the amount of such taxes until tax returns for those taxable years are filed. Accordingly, the Trustee and the Franchise Tax Board agreed to extend the deadline for the Franchise Tax Board to file an Administrative Claim in respect of those taxable years until the date that is sixty (60) days after a tax return for each such taxable year is received by counsel to the Franchise Tax Board. The Trustee expects that these returns will be filed by approximately September 2015.

The Trustee expects to have sufficient assets in the GGW Creditor Trust to pay the claim asserted by Google (if and to the extent allowed) and to pay any claim asserted by the Franchise Tax Board (if and to the extent asserted and allowed).

**2.    Priority Tax Claims**

On or about the Effective Date, the Trustee paid Priority Tax Claims, totaling $14,935.85, in full.

**3.    Class 1: Priority Non-Tax Claims**

On or about the Effective Date, the Trustee paid Priority Non-Tax Claims, totaling $22,475.00, in full.

**4.    Class 2: General Unsecured Claims**

On or about the Effective Date, the Trustee paid $435,240.81 on account of Allowed Class 2 Claims (the "Class 2 Payment"). The Class 2 Payment was distributed to holders of Allowed Class 2 Claims pursuant to the terms and conditions set forth in the Plan and in accordance with the distribution percentages set forth on Exhibit 6 to the Plan. The Class 2 Payment resulted in a

100% recovery to holders of Allowed Class 2 Claims that are Trade Claims. Holders of Allowed Class 2 Claims that are not Trade Claims will receive their Pro Rata share of the Net Trust Assets if any Net Trust Assets become available. As of the date of this Report, the GGW Creditor Trust does not have any Net Trust Assets available for distribution.

### 5. Class 3: Voluntarily Subordinated Punitive Damage Claims

Pursuant to the Plan, holders of Allowed Class 3 Claims receive and retain no value under the Plan. Accordingly, the Trustee has not made any distributions to holders of Allowed Class 3 Claims.

### 6. Class 4: Interests

Pursuant to the Plan, holders of Interests receive and retain no value under the Plan. Accordingly, the Trustee has not made any distributions to holders of Interests.

## B.    Post-Confirmation Tax Liabilities

There are no tax liabilities currently due under the Plan or that have arisen post-confirmation. As noted above, the Trustee has been informed by the California Franchise Tax Board that the Debtors may owe certain California state taxes in respect of taxable years ending between January 1, 2014 and March 1, 2015, but that the Franchise Tax Board is unable to determine the amount of such taxes until tax returns for those taxable years are filed. Accordingly, the Trustee and the Franchise Tax Board agreed to extend the deadline for the Franchise Tax Board to file an Administrative Claim in respect of those taxable years until the date that is sixty (60) days after a tax return for each such taxable year is received by counsel to the Franchise Tax Board.

## C.    The Trustee's Projections and Continuing Ability to Comply With the Terms of the Plan

The Trustee has met all of the Effective Date obligations and has made all of the required Plan payments and transfers to date. The Trustee expects that he will be able to comply with the few remaining obligations under the Plan.

**D.     Trustee's Prosecution of Adversary Proceedings**

The Trustee has continued the following adversary proceedings on behalf of the GGW Creditor Trust, each of which was commenced before the Effective Date:

1.   Neilson v. Francis, Adv. No. 2:13-ap-01468-SK
2.   Neilson v. Houston, et al., Adv. No. 2:14-ap-01793-SK (case has been settled)
3.   Neilson v. Mabante Property Management, LLC, Adv. No. 2:14-ap-01794-SK (case has been settled)
4.   Neilson v. Joseph Cali Systems Design, Inc., Adv. No. 2:14-ap-01794-SK (case has been settled)
5.   Neilson v. PNC Bank, N.A., Adv. No. 2:14-ap-01795-SK
6.   Neilson v. United States of America, Adv. No. 2:15-ap-01016-SK
7.   Neilson v. Franchise Tax Board, Adv. No. 2:15-ap-01017-SK
8.   Neilson v. Aftergood, Adv. No. 2:15-ap-01044-SK (case has been settled and dismissed)
9.   Neilson v. Tym, Adv. No. 2:15-ap-01106-SK
10.  Neilson v. Punta Mita Homeowners Ass'n, et al., Adv. No. 2:15-ap-01107-SK

The Trustee has consensually resolved, or is in the process of consensually resolving, several of the foregoing cases, and is hopeful that many, if not all, of the remaining cases can similarly be resolved by settlement.

**E.     Estimated Date for Plan Consummation and Application for Final Decree.**

The Plan became effective on March 13, 2015.  As described above, substantially all required distributions have been made, and the Debtors' property has been transferred to the GGW Creditor Trust. Thus, the Trustee believes that the Plan has been substantially consummated.  The Trustee expects to file an application for final decree pursuant to 11 U.S.C. § 350(a), Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 3020-1 when the adversary proceedings listed above have been finally resolved, when Google's Administrative Claim is finally resolved, and when any claim filed by the Franchise Tax Board is finally resolved

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

(or when the Franchise Tax Board's deadline to file such claim expires if the Franchise Tax Board has not filed a claim by such time).

DATED: June 9, 2015

Respectfully submitted,

KLEE, TUCHIN, BOGDANOFF & STERN LLP

*/s/ Jonathan M. Weiss*
Jonathan M. Weiss
Attorneys for GGW Creditor Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **GGW CREDITOR TRUSTEE'S FIRST POST-CONFIRMATION STATUS REPORT PURSUANT TO LOCAL BANKRUPTCY RULE 3020-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 9, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached list.**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 9, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, June 9, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY
Hon. Sandra R. Klein
US Bankruptcy Court
255 E. Temple St., Ctrm. 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2015 | Shanda D. Pearson | /s/ Shanda D. Pearson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

156243.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **James E Armstrong**   jearmstrong@scif.com
- **Todd M Bailey**   todd.bailey@ftb.ca.gov
- **Martin R Barash**   mbarash@ktbslaw.com, lbogdanoff@ktbslaw.com
- **Brendt C Butler**   brendt.butler@gmail.com
- **Howard Camhi**   hcamhi@ecjlaw.com, kanthony@ecjlaw.com
- **Thomas Coker**   Thomas.coker@usdoj.gov
- **Anne-Marie J DeBartolomeo**   ajd@girardgibbs.com, jiv@girardgibbs.com,jar@girardgibbs.com
- **Richard K Diamond**   rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
- **Earl M Forte**   fortee@whiteandwilliams.com
- **Fredric Glass**   fglass@fairharborcapital.com
- **Brian D Hefelfinger**   brian@palaylaw.com
- **Matthew Heyn**   mheyn@ktbslaw.com, mcheyn@outlook.com
- **Matthew C. Heyn**   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Lance N Jurich**   ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- **Colleen M Keating**   ckeating@ktbslaw.com
- **Samuel M Kidder**   skidder@ktbslaw.com
- **Michael D Kolodzi**   mdk@mdklawfirm.com
- **Ian Landsberg**   ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **John F Medler**   JOHN@MEDLERLAWFIRM.COM, JMEDLER@MEDLERROITHER.COM
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Morris Nazarian**   monazarian@yahoo.com
- **R. Todd Neilson (TR)**   tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com
- **Malhar S Pagay**   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- **Robert J Pfister**   rpfister@ktbslaw.com
- **Kathy Bazoian Phelps**   kphelps@diamondmccarthy.com, mshabpareh@diamondmccarthy.com
- **Leo D Plotkin**   lplotkin@lsl-la.com, hpetrilli@lsl-la.com;dsmall@lsl-la.com
- **Ronald N Richards**   ron@ronaldrichards.com, nick@ronaldrichards.com
- **Ronald N Richards**   ron@ronaldrichards.com, nick@ronaldrichards.com
- **Steven J Schwartz**   sschwartz@dgdk.com, DanningGill@gmail.com;sschwartz@ecf.inforuptcy.com
- **Najah J Shariff**   najah.shariff@usdoj.gov
- **Alan R Smith**   mail@asmithlaw.com

156243.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **David M Stern**    dstern@ktbslaw.com
- **Ronald D Tym**    RTym@Tymfirm.com
- **Ronald D Tym**    RTym@Tymfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Nhan T. Vu**    nhan.vu@doj.ca.gov
- **Andy C Warshaw**    awarshaw@lawcenter.com, ecf@lawcenter.com
- **Jonathan M Weiss**    jweiss@ktbslaw.com
- **Jonathan M Weiss**    jweiss@ktbslaw.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com

To be served by U.S. Mail:

Path Media Holdings, LLC
Hunkins Plaza Main Street
P.O. Box 556
Charlestown
Saint Kitts and Nevis

Transcontinental Interweb Montreal
Attn: President or General Counsel
1603 Montarville Boulevard
Boucherville, QC J4B 5Y2

The Medler Law Firm, LLC
John F. Medler, Jr.
7700 Bonhomme Avenue, Ste 360
St. Louis, MO 63105

Klueger & Stein LLP
Attn: Robert Klueger
16000 Ventura Blvd., #1000
Encino, CA 91436

Ecoff Blut, LLP
Attn: Elliot S. Blut, Esq.
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101

GGW Brands, LLC, et al.
R. Todd Neilson, Trustee
BRG, LLP
2049 Century Park East, Ste 2525
Los Angeles, CA 90067

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

Ecoff Blut, LLP
280 South Beverly Drive, #504
Beverly Hills, CA 90212

Cogent Communications, Inc.
Attn: President or General Counsel
1015 31st Street, NW
Washington, DC 20016

Robert M Yaspan
Law Offices of Robert M Yaspan
21700 Oxnard St Suite 1750
Woodland Hills, CA 91367

Etagz, Inc.
Attn: Joseph G. Pia and Tyson B. Snow
Pia Anderson Dorius Reynard & Moss
222 So. Main St, Suite 1830
Salt Lake City, UT 84101

Dorsey & Whitney, LLP
PO Box 1680
Minneapolis, MN 55480

Allen Michael Wade
c/o Law Office of Shane M. Mallett
Board of Trade Building
80 Twelfth Street, Suite 100
Wheeling, WV 26003

Mitchell J. Langberg
Brownstein Hyatt et al.
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

Hochman, Salkin, Rettig, Toscher & Perez
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212

156243.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Brian J Rayment<br>c/o Dana L. Kurtz, Esq.<br>32 Blaine St.<br>Hinsdale, IL 60521 | Mitchell J. Langberg<br>Brownstein Hyatt et al.<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106 | J. Scott Carr<br>Wargo French LLP<br>999 Peachtree St. NE<br>26th Floor<br>Atlanta, GA 30309 |
| Flying Crocodile, Inc.<br>Attn: President or General Counsel<br>2019 Third Avenue, #200<br>Seattle, WA 98121 | Tamara Favazza<br>c/o Jerry P. Medler<br>Medler and Roither, PC<br>8000 Maryland Ave., Suite 640<br>Clayton, MO 63105 | Workbridge Associates<br>Attn: President or General Counsel<br>PO Box 311<br>Brattleboro, VT 05302 |
| Advanced Web Marketing Group<br>Attn: President or General Counsel<br>34 Borzotta Blvd.<br>Wayne, NJ 07470 | Wynn Las Vegas, LLC<br>Attn: Kevin Tourek, Agent<br>3131 Las Vegas Blvd., So.<br>Las Vegas, NV 89109 | Winston & Strawn, LLP<br>Attn: Peter J. Chassman<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002 |
| Computer 1<br>Attn: President or General Counsel<br>11135 Rush Street, Unit "A"<br>South El Monte, CA 91733 | Chelsea Heath<br>Brian D. Hefelfinger, Esq.<br>121 N. Fir Street, Suite F<br>Ventura, CA 93001 | David R. Houston<br>432 Court Street<br>Reno, NV 89501 |
| Allstate Insurance Company<br>Re: GGW Events, LLC<br>23706 Crenshaw<br>Torrance CA 90505 | Industrial Relations<br>Division of Labor Standards Enforcement<br>6150 Van Nuys Blvd., Rm. 206<br>Van Nuys, CA 91401 | Phil Anagnos<br>c/o Alireza Alivandivafa, Esq.<br>Morris Nazarian<br>1925 Century Park East, Suite 2120<br>Los Angeles, CA 90067 |
| West Legal<br>Attn: President or General Counsel<br>PO Box 6292<br>Carol Stream, IL 60197 | Robison, Belaustegui, Sharp & Low<br>Attn: President or General Counsel<br>71 Washington Street<br>Reno, NV 89503 | Aaron D. Aftergood<br>The Aftergood Law Firm<br>319 S. Robertson Blvd.<br>Beverly Hills, California 90211 |
| Ronald Tym<br>7120 Carlson Circle, #263<br>Canoga Park, CA 91303-1814 | Dorsey & Whitney<br>Attn: Kimberly Neville, Esq.<br>Attn: Byron Benevuto, Esq.<br>136 S. Main St., Ste. 1000<br>Salt Lake City, UT 84101-1685 | Berry and Maxson LLC<br>Attn: Jessica W. Kenney, Esq.<br>Attn: Kelly Field Farrell, Esq.<br>Attn: Robert P. Berry, Esq.<br>16150 Main Circle Dr., Ste. 120<br>Chesterfield, MO 63017 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Zillah A. Framton Bankr. Admin<br>Div of Revenue Bankr Services<br>Carvel State Office Bldg, 8th Floor<br>Wilmington, DE 19801 |
| Los Angeles Division<br>255 E. Temple St.<br>Los Angeles, CA 90012-3332 | Argyle Online, LLC<br>Attn: President or General Counsel<br>7120 Carlson Circle, #263<br>Canoga Park, CA 91303-1814 | Joseph R. Francis<br>1111 Bel Air Place<br>Los Angeles, CA 90077 |

156243.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-3.1.PROOF.SERVICE**

Abbey Wilson
Manager of Argyle Online, LLC and Perfect Science Labs, LLC
1925 Overland Ave., Apt. 303
Los Angeles, CA 90025

Google Inc.
c/o Blake Reese, Esq.
76 Ninth Avenue
New York, NY 10075

Yahoo! Inc.
c/o Lawrence Schwab/Thomas Gaa
Bialson, Bergen & Schwab, P.C.
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Larry Hancock
8711 ½ West Knoll Drive
West Hollywood, CA 90069

2nd Watch, Inc.
2310 N. Molter Suite 103
Liberty Lake, WA 99019

Catalyst Company Services Inc.
2271 Prosser Avenue
Los Angeles, CA 90064

The R Squared Group
R Squared Custom Audio / Video
Attn: Jeff Clark
3361 La Cienega Place
Los Angeles, CA 90016

State Comp. Ins. Fund
Attn: James Armstrong, Esq.
PO Box 9102
Pleasanton, CA 94566

DBEC, LLC
3700 East Elm Road
Oak Creek, WI 53154

Anatoly Pogorelov
5062 Lankershim Blvd., Ste 3
North Hollywood, CA 91601

Liner Grode et al.
c/o Maribeth Annaguey
1100 Glendon Ave. 14th Floor
Los Angeles, CA 90024

MAHR Productions Inc.
dba Xtreme Entertainment Grp.
Attn: Rick Mahr
15021 Ventura Blvd. #861
Sherman Oaks, CA 91403

Moulton Logistics Management, Inc.
7850 Ruffner Ave.
Van Nuys, CA 91406

Bryan Lord
15500 Sunset Blvd., #104
Pacific Palisades, CA 90272

SF Global Sourcing LLC
Attn: President or General Counsel
1000 Sansome St., Ste. 280
San Francisco, CA 94111

Media Distributors
Attn: President or General Counsel
845 Church Court
Elmhaust, IL 60126

Clay Dunn Enterprises
Attn: President or Gen. Counsel
1606 East Carson St.
Carson, CA 90745

SBW.com, LLC
Attn: President or General Counsel
2535 Townsgate Road, Ste. 215
Westlake Village, CA 91361

Jack Palladino
Palladino & Sutherland, Inc.
1484-A Page St.
San Francisco, CA 94117

Zinio, LLC
114 Sansome St., FL 4
San Francisco, CA 94104

Internal Revenue Service
300 N. Los Angeles St.
Stop 5117
Los Angeles, CA 90012

Centro Publisher Ltd.
Centro Services, Inc.
Attn: President or General Counsel
253 Main Street, #222
Matawan, NJ 07747

Wynn Las Vegas, LLC
Stephen Wynn
c/o Pachulski, Stang, et al.
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

ADP
Attn: President or General Counsel
1 ADP Drive
Augusta, GA 30909

Agents and Corporations, Inc.
Attn: President or General Counsel
1201 Orange Street, Ste. 600
Wilmington, DE 19801

Agility Integration Corporation
Attn: President or General Counsel
1609 South Grove Avenue, #101
Ontario, CA 91761

Alexandr Pakhomov
58 River Street
Milford, CT 06460

156243.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Alta Office Services<br>Attn: President or General Counsel<br>1625 Riverside Drive<br>Los Angeles, CA 90031 | Andreu Vich Sbert<br>Metge Sbert n27<br>Palma de Mallorca<br>Baleares, SPAIN | Anthony Almeida<br>19 Alexander Avenue<br>Bloomfield, NJ 07003 |
| B2 Services, Inc.<br>Attn: President or General Counsel<br>2312 West Burbank Blvd.<br>Burbank, CA 91506 | Espen Trygstad<br>Selva-Selvila 1<br>Agdenes, Sor-Trondelag, NORWAY | Google, Inc.<br>Attn: President or General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| Meghan Gorton<br>AKA Jayden Cole<br>9100 Duarte Road, Apt. 207<br>San Gabriel, CA 91775 | Kintoy Mainty<br>Stincii 4<br>Brasov, Brasov, ROMANIA | Mr. Todd Inc.<br>11654 Plaza America Drive, #188<br>Reston, VA 20190 |
| Plug N Play<br>Attn: President or General Counsel<br>1363-26 Veterans Highway<br>Hauppauge, NY 11788 | Deutsche Postbank AG<br>Attn: President or General Counsel<br>Friedrich-Ebert-Alle 114-126<br>D-53113 Bonn, Germany | Proskauer Rose LLP<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067 |
| Raines Feldman, LLP<br>9720 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA 90212 | Rose Salis<br>1025 Cadillac Way, #210<br>Burlingame, CA 90410 | Shaun Jameson<br>1422 Marsh Creek Lane<br>Orlando, FL 32828 |
| Shell Fleet<br>Attn: President or General Counsel<br>P.O. Box 6406<br>Sioux Falls, SD 57177 | Staples<br>Attn: President or General Counsel<br>500 Staples Drive<br>Framingham, MA 01702 | United Parcel Service, Inc.<br>Attn: President or General Counsel<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 |
| Visual Data Media Services, Inc.<br>610 N. Hollywood Way<br>Burbank, CA 91505 | Xtreme Entertainment Group, Inc.<br>15021 Ventura Blvd., #861<br>Sherman Oaks, CA 91403 | Yahoo<br>14010 FNB Parkway<br>Omaha, Nebraska 68154 |
| Wood Bros. Heating & Air Conditioning<br>1105 W. Columbia Way, # A<br>Lancaster, CA 93534 | Centro Services (Envisionext)<br>1119 Campus Drive<br>Morganville, NJ 07751 | David Otto, Esq.<br>1433 N. Jones Blvd.<br>Las Vegas, NV 89108 |
| Shaun Jameson<br>642 Crystal Bay Lane<br>Orlando, FL 32828 | Securities and Exchange Commission<br>Michele Wein Layne, Regl. Dir.<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071 | Pablo Holdings LLC<br>Hunkins Plaza<br>Main Street, P.O. Box 556<br>St. Kitts and Nevis |

156243.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

Travelers Property Casualty Company of America
Attn: Jan Alcoke
9954 Mayland Drive, Suite 6100
Richmond, VA  23233

"Judgment Creditors"
c/o A.J. DeBartolomeo
Girard Gibbs LLP
601 California Street, Ste 1400
San Francisco, CA 94108

"Judgment Creditors"
c/o Chris Collins
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Ste 1900
San Diego, CA 92101

Pitney Bowes Global Fin. Services
Attn: President or General Counsel
4901 Belfort Road, Ste. 120
Jacksonville, FL 32256

GGW Global Brands, Inc.
1111 Bel Air Place
Los Angeles, CA 90077-3002

Perfect Science Labs, LLC
7120 Carlson Circle, #263
Los Angeles, CA 91311

Brian J Rayment
7666 East 61st Street, Ste 550
Tulsa, OK 74133-1199

Dorsey & Whitney, LLP
50 S. Sixth St. Ste 1500
Minneapolis, MN 55402-1553

Howard Ehrenberg, Ch. 7 Trustee
Steven J Schwartz, Esq.
Danning Gill Diamond Kollitz LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Michael D Kolodzi
433 N. Camden Drive
Suite 600
Beverly Hills, CA 90210-4416

Liquidity Solutions, Inc.
One University Plaza, Ste. 312
Hackensack, NJ 07601

156243.1    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**